**No. 40956.**—Protests 935865–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of antimony figures used as pencil holders. On the authority of *Woolworth v. United States* (26 C. C. P. A. 221, C. A. D. 20) the claim as household utensils at 40 percent under paragraph 339 was sustained.